# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 16-30928 |
| --- | --- | --- | --- |
| **Wilfredo Ortiz Plaza** | ) | | |
| Debtors | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## NOTICE OF MOTION

**To:**   Wilfredo Ortiz Plaza, 3700 W. Marquette Rd., Chicago, IL, 60629

Tom Vaughn, 55 E. Monroe St # 3850 , Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **February 11, 2019 at 9:00 am** I shall appear before the Honorable Judge **Jacqueline P. Cox** at 219 S. Dearborn St., Courtroom 680, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**  */s/ Kyle Thomas Dallmann*
Kyle Thomas Dallmann

## CERTIFICATE OF SERVICE

I, Kyle Thomas Dallmann, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 1/8/2019.

**By:**  */s/Kyle Thomas Dallmann*
Kyle Thomas Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

Comcast
C/O Convergent Outsourcing
800 Sw 39Th St
Renton WA 98057

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

DISH Network
C/O Convergent Outsourcing
800 Sw 39Th St
Renton WA 98057

Sinai Health System
Bankruptcy Department
2621 W. 15th Pl.
Chicago IL 60608

Springleaf Financial S
Attn: Bankruptcy Dept.
6618 S Pulaski Rd
Chicago IL 60629

Verizon Wireless
Attn: Bankruptcy Dept.
Po Box 49
Lakeland FL 33802

Wells Fargo Bank
Bankruptcy Dept
PO Box 30086
Los Angeles CA 90030-0086

Codilis & Associates, PC
Bankruptcy Dept.
15W030 N. Frontage Rd. #100
Burr Ridge IL 60527

Clerk, Chancery
Docket #16CH-11169
50 W. Washington St., Room 802
Chicago IL 60602

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 16-30928 |
| Wilfredo Ortiz Plaza | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. Wilfredo Ortiz Plaza (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 09/28/2016.

3. Recently the Debtor had a family emergency that required him to pay substantial funds.

4. This caused him to fall behind on his Trustee payments.

5. Now, while he is able to make the payments going forward, he does not have the disposable income necessary to also catch up on the default.

6. If the default were deferred to the end of the plan term, there would be no change to the dividend to unsecured creditors and the Debtor would eventually be able to complete his Chapter 13 plan and obtain a discharge.

WHEREFORE THE DEBTOR, Mr. Wilfredo Ortiz Plaza, respectfully requests this Honorable Court enter an order:

1. Modifying the confirmed plan to defer any default owed to the end of the plan term.

                                      **By:**  */s/ Kyle Thomas Dallmann*
                                            Kyle Thomas Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax): 877.247.1960